**E-Filed 5/3/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO LOPEZ,<br><br>    Defendant. | Case Number C 10-1261 JF (PVT)<br><br>ORDER[1] REMANDING ACTION |

March 25, 2010, Defendant Mario Lopez ("Defendant") filed a notice of removal of the above-entitled action against him. On the same date, Defendant filed an application to proceed *in forma pauperis*. On April 2, 2010, the Court denied the application without prejudice. In the month since the Court issued that order, Defendant has failed to pay the filing fee. Accordingly, the action is remanded to the Santa Clara Superior Court.

**IT IS SO ORDERED.**

Dated: May 3, 2010

                                          JEREMY FOGEL<br>                                          United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

1  This Order has been served upon the following persons:

2  Mario Lopez
   17361 Lake View Drive
3  Morgan Hill, CA 95037

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case Number C 10-1261 JF (PVT)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC3)